**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| **BONNIE WOODS and JOYCE BALTRUSAITIS,** | ) ) ) |
| Plaintiffs, | ) Case No. 1:17-cv-00074 |
| V. | ) ) ) |
| **CORY HUTCHESON,** | ) ) ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

COME NOW both parties, by counsel, and hereby state as follows:

1. The parties advise the Court that they have resolved this matter to the mutual satisfaction of both sides in principal.

2. Given the agreement in principal by the parties, the parties request that this case be removed from the court's trial docket.

3. Counsel will file dismissal documents once all terms of the agreed resolution have been completed.

WHEREFORE, the parties respectfully request that the Court remove this case from its trial docket.

Respectfully submitted,

THE LIMBAUGH FIRM
407 N. Kingshighway, P.O. Box 1150
Cape Girardeau, MO  63702-1150
Telephone: (573) 335-3316
Facsimile: (573) 335-1369
Email:  jsteffens@limbaughlaw.com
            curt@limbaughlaw.com

By     /s/ Curtis O. Poore
       John C. Steffens - #63267MO
       Curtis O. Poore - #38067MO

ATTORNEYS FOR PLAINTIFFS

BY:    /s/ A. M. Spradling, III
       A. M. Spradling, III, #23702MO

1838 Broadway St.
Cape Girardeau, MO  63701
Telephone:  573/335-8296
Fax: 573/335-8525
Email:  amsprad@swbell.net

ATTORNEYS FOR DEFENDANT
COREY HUTCHESON

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Curtis O. Poore